Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−22340−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Julio Lamberty
    3 Ulysses Street
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−2472

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on 6/21/2019 and a confirmation hearing on such Plan has been scheduled for 8/7/2019.

The debtor filed a Modified Plan on 8/27/2019 and a confirmation hearing on the Modified Plan is scheduled for 9/18/2019 AT 8:30 AM. Accordingly, notice is hereby given that,

1.  Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2.  Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3.  The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: August 28, 2019
JAN: rh

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                                  Case No. 19-22340-RG
Julio Lamberty                                                          Chapter 13
        Debtor
                                      CERTIFICATE OF NOTICE
District/off: 0312-2           User: admin                Page 1 of 2         Date Rcvd: Aug 28, 2019
                               Form ID: 186               Total Noticed: 26


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 30, 2019.
db            +Julio Lamberty,    3 Ulysses Street,    Parsippany, NJ 07054-4830
aty           +Keith B McLennan,    Miller, Turetsky, Rule & McLennan,    3770 Ridge Pike,    Second Floor,
                Collegeville, PA 19426-3170
518354031      American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
518313555     +Amex,   Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518313556     +Brentwood Plaza Shopping Center,    1595-1659 Route 23 South,    Wayne, NJ 07470-7508
518313557     +Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,    Wilmington, DE 19850-5298
518430118     +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
518313558     +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                St Louis, MO 63179-0034
518430119      Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                Kirkland, WA 98083-0657
518313559     +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                Mason, OH 45040-8999
518359729     +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
518313561     +Lamberty Corp.,    d/b/a Cherry Blow Dry Bar,    3 Ulysses Street,    Parsippany, NJ 07054-4830
518313563     +MOHELA,    Attn: Bankruptcy,   633 Spirit Drive,    Chesterfield, MO 63005-1243
518313562     +Michele Steepy,    3 Ulysses St.,    Parsippany, NJ 07054-4830
518313564    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
               (address filed with court:   New Jersey Division of Taxation,
                Compliance & Enforcement - Bankruptcy,    50 Barrack St., 9th Fl.,    PO Box 245,
                Trenton, NJ 08695)
518313567     +Seabo Franchising, LLC,    1415 Route 70 East,    Ste. 100,    Cherry Hill, NJ 08034-2227
518313568     +Sofia Lamberty,    585 Mt. Prospect Ave.,    Apt. D2,    Newark, NJ 07104-1563
518430833     +Wilmington Savings Fund Society, FSB,    Attn: Keith B. McLennan, Esq.,    3770 Ridge Pike,
                Collegeville, PA 19426-3170

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Aug 28 2019 23:48:35      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 28 2019 23:48:32      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
518313560     +E-mail/Text: cio.bncmail@irs.gov Aug 28 2019 23:47:53      Internal Revenue Service,
                 PO Box 7346,   Philadelphia, PA 19101-7346
518313565     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 28 2019 23:48:57      Quicken Loans,
                 Attn: Bankruptcy,   1050 Woodward Avenue,   Detroit, MI 48226-1906
518337685     +E-mail/Text: bankruptcyteam@quickenloans.com Aug 28 2019 23:48:57      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
518313566     +E-mail/Text: loanservicing@quorumfcu.org Aug 28 2019 23:48:01      Quorum Fed Cr Un,
                 2 Manhattanville Rd,    Purchase, NY 10577-2113
518424965     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 29 2019 00:04:38       Verizon,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518313569     +E-mail/Text: Bankruptcy@wsfsbank.com Aug 28 2019 23:49:23      Wilmington Savings Fund Society,
                 500 Delaware Avenue,    Wilmington, DE 19801-7405
                                                                                                TOTAL: 8

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518315874        Landlord
                                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 30, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                Page 2 of 2              Date Rcvd: Aug 28, 2019
                              Form ID: 186               Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2019 at the address(es) listed below:
          Carlos D Martinez    on behalf of Debtor Julio  Lamberty cmartinez@scura.com,
           ecfbkfilings@scuramealey.com;mmack@scura.com;dstevens@scura.com;jesposito@scuramealey.com;lrichard@scura.com
          Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                TOTAL: 5