MARIE-ANN GREENBERG, MAG-1284
MARIE-ANN GREENBERG, STANDING TRUSTEE
30 Two Bridges Road, Suite 330
Fairfield, NJ 07004
(973) 227-2840
Chapter 13 Standing Trustee

**Order Filed on August 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRIT OF NEW JERSEY

| | |
|---|---|
| In Re:<br><br>JULIO LAMBERTY,<br><br>    Debtor. | |
| JULIO LAMBERTY,<br><br>    Plaintiff,<br><br>v.<br><br>QUORUM FEDERAL CREDIT UNION,<br><br>    Defendant. | Case No.: 19-22340<br><br>Adv. Proc. No: TBD<br><br>Chapter 13<br><br>Hearing Date:<br><br>Judge: Honorable Rosemary Gambardella |

**CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 547, §11 U.S.C. 548 & §11 U.S.C. 549**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: August 10, 2020**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

Page 2
Debtor: JULIO LAMBERTY
Case No. 19-22340 RG
Adv. Proc. No.: TBD
Caption: **CONSENT ORDER PERMITTING THE DEBTOR TO EXERCISE THE POWERS GRANTED TO THE CHAPTER 13 TRUSTEE UNDER §11 U.S.C. 547, §11 U.S.C. 548 & §11 U.S.C. 549**

_____

THIS MATTER having been resolved between the Marie-Ann Greenberg, Standing Chapter 13 Trustee and NORGAARD O'BOYLE & HANNON, the debtor's counsel;

It is hereby:

**ORDERED,** that Marie-Ann Greenberg, Chapter 13 Standing Trustee, hereby permits the Debtor, JULIO LAMBERTY, solely through his counsel, NORGAARD O'BOYLE & HANNON, to exercise the powers provided to the Trustee under §11 U.SC. 547, §11 U.S.C. 548 and §11 U.S.C. 549 to initiate an Adversary Proceeding seeking to void the loan agreement and mortgage executed between the Debtor and Quorum Federal Credit Union and to void the preferential payment made to Quorum Federal Credit Union on account of its unsecured debt; and it is further

**ORDERED,** that if the adversary proceeding is successful, the Debtor will reanalyze the equity that the Debtor contains in his residence and file a modified plan to include all non-exempt equity into the Chapter 13 plan for distribution to the Debtor's unsecured creditor body; and it is further

**ORDERED,** that Debtor's counsel shall be limited to a fee of $10,000.00 in connection with the above mentioned Adversary Proceeding, unless the matter goes to trial or prior written Consent is obtained from the Chapter 13 Trustee to exceed said amount; and it is further

**ORDERED,** that in the event the Debtor becomes self-represented or retains substitute counsel, this order shall immediately become null and void and Debtor may not proceed with the above mentioned Adversary Proceeding without further order of the Court.

The undersigned are authorized to and hereby do consent to the form and entry of this Consent Order.

| | |
|---|---|
| /s/ Marie-Ann Greenberg | /s/ Brian G. Hannon |
| By: Marie-Ann Greenberg, Esq. | By: Brian G. Hannon, Esq. |
| Chapter 13 Standing Trustee | Debtor's Counsel |
| Date: 7/28/2020 | Date: 7/28/2020 |

United States Bankruptcy Court
District of New Jersey

In re:  
Julio Lamberty  
     Debtor

Case No. 19-22340-RG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Aug 11, 2020
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2020.
db        +Julio Lamberty,    3 Ulysses Street,    Parsippany, NJ 07054-4830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2020                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2020 at the address(es) listed below:
        Brian Gregory Hannon    on behalf of Debtor Julio  Lamberty bhannon@norgaardfirm.com,
         sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com
        Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Lauren  Moyer    on behalf of Creditor   Quorum Federal Credit Union lmoyer@mwc-law.com,
         nj-ecfmail@ecf.courtdrive.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                           TOTAL: 6