Form oresadoc − oresadocv27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−22340−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Julio Lamberty
    3 Ulysses Street
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−2472

Employer's Tax I.D. No.:

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, G OR H
## OR LIST OF CREDITORS

    The Court having noted that the debtor filed an Amendment to Schedule D on 8/20/2021 or to the List of Creditors on n/a , and for good cause shown, it is

    ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(ies) being deleted, added or modified and to the trustee in the case, if any, not later than 7 days after the date of this Order.

    It is further ORDERED that the debtor(s) must serve on added creditors or parties, not later than 7 days after the date of this Order, the following:

    1.    A copy of the applicable Notice of Chapter 13 Bankruptcy Case, and

    2.    In a Chapter 11 case:

        a)    a copy of the last modified plan and disclosure statement, if any, and

        b)    a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

    3.    In a Chapter 12 or Chapter 13 case:

        a)    a copy of the Notice of Hearing on Confirmation of Plan, if any, and

        b)    a copy of the last modified plan that has been filed in the case.

    It is further ORDERED that not later than 7 days after the date of this Order, the debtor(s) must file the Local Form, Certification of Service, certifying compliance with the above requirements.

    It is further ORDERED that the added creditors or parties have

    1.    until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or sixty 60 days from the date of this Order, whichever is later;

    2.    until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement,

or sixty 60 days from the date of this Order, whichever is later;

3.      until the original deadline fixed by the Court to object to exemptions, or thirty 30 days from the date of this Order, whichever is later.

Dated: August 23, 2021
JAN: rh

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-22340-RG

Julio Lamberty                                                                  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                          Page 1 of 2
Date Rcvd: Aug 23, 2021                       Form ID: oresadoc                           Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Julio Lamberty, 3 Ulysses Street, Parsippany, NJ 07054-4830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 23 2021 20:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 25, 2021                           Signature:           /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Attorney Norgaard  O'Boyle & Hannon bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Plaintiff Julio Lamberty bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com |

User: admin
Date Rcvd: Aug 23, 2021 Form ID: oresadoc Total Noticed: 2

Brian Gregory Hannon
on behalf of Debtor Julio Lamberty bhannon@norgaardfirm.com
sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lauren Moyer
on behalf of Creditor Quorum Federal Credit Union nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
magecf@magtrustee.com

Mark E Norgaard
on behalf of Plaintiff Julio Lamberty mnorgaard@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com;dtakach@norgaardfirm.com

Melissa S DiCerbo
on behalf of Creditor Quorum Federal Credit Union nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Steven P. Kelly
on behalf of Defendant Quorum Federal Credit Union skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11