MILLER, TURETSKY, RULE, & McLENNAN
By:   Keith B. McLennan, Esquire
Atty. I.D. No. 43628
3770 Ridge Pike
Collegeville PA 19426
(610) 489-3300

Attorney for Secured Creditor,
Wilmington Savings Fund Society, FSB

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Julio Lamberty | : | Case No. 19-22340-RG |
| | : | Hearing Date: September 15, 2021<br>8:30 a.m. |
| | : | |
| | : | Judge: Rosemary Gambardella |

### OBJECTION TO PLAN MODIFICATION

Wilmington Savings Fund Society, FSB ("Creditor"), by its counsel Miller, Turetsky, Rule & McLennan, LLC, states the following grounds as and for an Objection to Confirmation of the Debtor's Modification of his Chapter 13 plan (the "Plan"):

1. Creditor holds a security interest on Debtor's term life insurance policy from Met Life now Brighthouse Life Insurance, Policy No. 212236178US (the "Policy").

2. On April 10, 2018, Julio Lamberty guaranteed a loan made by Creditor to his company, Lamberty Corp. in the amount of $320,000.

3. Debtor collaterally assigned said Policy to Creditor on March 2, 2018.

4. Creditor filed its proof of claim with arrears of approximately $314,191.56 on August 29, 2019.

5. Debtor's proposed modification of his Chapter 13 Plan acknowledges arrears owed to Creditor, but proposes to surrender said term Policy in *full satisfaction* of Creditor's claim and,

purportedly, to extinguish Creditor's right to file an unsecured proof of claim for some or all of the deficiency balance remaining after the surrender of the Policy.

6. Debtor's existing plan pays a sum that is insufficient to cure the anticipated arrearage claim.

7. Absent clarification that Creditor is entitled to assert an unsecured claim to fully cure the arrears owed, the modification of the Plan cannot be confirmed.

8. Debtor's Chapter 13 Plan acknowledges arrears owed to Creditor but proposes conflicting treatment to Creditor and/or extinguishment of Creditor's claims or right to seek payment as an unsecured creditor in return for a worthless term life insurance policy.

9. As such, Debtor's proposed modification of Plan seeks to deprive Creditor any right to pursue its claim in an unsecured status and instead seeks to exchange the entire value of Secured Creditor's Claim for a worthless term life insurance policy, improperly shifting the burden of going forward with a feasible Chapter 13 plan to the creditor.

10. Creditor objects to any proposed plan modification that fails to provide a feasible independent plan of reorganization that either preserves Creditor's rights to pursue collection as an unsecured creditor or compensates secured Creditor for its claim.

WHEREFORE, Creditor respectfully requests that the Court deny confirmation of the Debtor's modification of his Chapter 13 Plan for the reasons set forth above and for other relief as the Court may deem just and proper.

MILLER, TURETSKY, RULE & MCLENNAN

Date: 9/7/2021     By: _____
Keith B. McLennan, Esquire

# MILLER TURETSKY RULE & MCLENNAN
### A Professional Corporation

| | | |
|---|---|---|
| MARK D. TURETSKY<br>JOHN A. RULE<br>KEITH B. McLENNAN*<br>JOSHUA H. CAMSON*<br>CHRISTOPHER D. HINDERLITER*<br><br>*ALSO MEMBER OF NEW JERSEY BAR | ATTORNEYS AT LAW<br>3770 RIDGE PIKE<br>COLLEGEVILLE, PENNSYLVANIA 19426<br>(610) 489-3300 Office<br>(610) 489-1157 Facsimile<br>*www.millerturetsky.com* | JAMES H. FREEMAN<br>*Of Counsel*<br><br>JILL K. ANDERSON, J.D. |

September 7, 2021

2021 SEP -8 AM 11:28

**VIA OVERNIGHT DELIVERY**
**FEDERAL EXPRESS**
**TRACKING NO. 2834 1305 6793**

United States Bankruptcy Court for the District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

    **RE:**    **Julio Lamberty**
             **Docket No. 19-22340-RG**

Dear Sir/Ms:

    Enclosed for filing please find one (1) original and a copy of an *Objection to Plan Modification* in the above matter. Kindly file this document and provide a time stamped copy of it using the prepared envelope enclosed.

    Should you require anything further, or have any questions, please let me know.

                                        Very truly yours,

                                        Michelle A. Calkins
                                        Paralegal to Keith B. McLennan

MAC:mac

Enclosures

```
ORIGIN ID:PNEA    (610) 489-3300           SHIP DATE: 07SEP21
KEITH B MCLENNAN                            ACTWGT: 0.50 LB
MILLER, TURETSKY, RULE & MCLEN              CAD: 1981138/INET4400
3770 RIDGE PIKE

COLLEGEVILLE, PA 19426                      BILL SENDER
UNITED STATES US

TO   DISTRICT OF NEW JERSEY
     UNITED STATES BANKRUPTCY COURT
     MARTIN LUTHER KING, JR. FEDERAL BLD
     50 WALNUT STREET
     NEWARK NJ 07102
     (973) 645-4764         REF: WSFS V LAMBERTY
     INV:
     PO:                    DEPT:
```




WED - 08 SEP 4:30P
STANDARD OVERNIGHT

TRK# 0201 2834 1305 6793

E2 VAKA          07102
         NJ-US   EWR



