Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19−22340−RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Julio Lamberty
    3 Ulysses Street
    Parsippany, NJ 07054

Social Security No.:
    xxx−xx−2472

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on September 23, 2019.

On 11/29/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Rosemary Gambardella on:

Date:                 January 5, 2022
Time:                 08:30 AM
Location:             Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 29, 2021
JAN: rh

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Julio Lamberty  
    Debtor

Case No. 19-22340-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 3  
Date Rcvd: Nov 29, 2021      Form ID: 185      Total Noticed: 29

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio Lamberty, 3 Ulysses Street, Parsippany, NJ 07054-4830 |
| aty | + | Keith B McLennan, Miller, Turetsky, Rule & McLennan, 3770 Ridge Pike, Second Floor, Collegeville, PA 19426-3170 |
| aty | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| 518354031 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518313555 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518313556 | + | Brentwood Plaza Shopping Center, 1595-1659 Route 23 South, Wayne, NJ 07470-7535 |
| 518359729 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518921080 | | Keith B. McLennan, Miller, Turestsky, Rule & McLennan, 3770 Ridge Pike, Collegeville, PA 19426-3170 |
| 518313561 | + | Lamberty Corp., d/b/a Cherry Blow Dry Bar, 3 Ulysses Street, Parsippany, NJ 07054-4830 |
| 518313563 | + | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005-1243 |
| 518921085 | + | McCabe Weisberg & Conway, 216 Haddon Ave Ste 201, Westmont, NJ 08108-2818 |
| 518313562 | + | Michele Steepy, 3 Ulysses St., Parsippany, NJ 07054-4830 |
| 518313567 | + | Seabo Franchising, LLC, 1415 Route 70 East, Ste. 100, Cherry Hill, NJ 08034-2227 |
| 518313568 | + | Sofia Lamberty, 585 Mt. Prospect Ave., Apt. D2, Newark, NJ 07104-1563 |
| 518430833 | + | Wilmington Savings Fund Society, FSB, Attn: Keith B. McLennan, Esq., 3770 Ridge Pike, Collegeville, PA 19426-3170 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 29 2021 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 29 2021 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518430118 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:46 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 518313558 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 20:59:46 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518313559 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 29 2021 21:00:02 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518430119 | | Email/Text: bnc-quantum@quantum3group.com | Nov 29 2021 20:50:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 518313560 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 29 2021 20:50:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 518313557 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 29 2021 20:59:57 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |

Case 19-22340-RG    Doc 67    Filed 12/01/21    Entered 12/02/21 00:18:36    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 29, 2021 | Form ID: 185 | Total Noticed: 29 |

| 518359729 | + Email/Text: RASEBN@raslg.com | | |
|---|---|---|---|
| | | Nov 29 2021 20:50:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518313565 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 29 2021 20:50:00 | Quicken Loans, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 518337685 | + Email/Text: bankruptcyteam@quickenloans.com | | |
| | | Nov 29 2021 20:50:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 518313566 | + Email/Text: Loan.OpsServ@quorumfcu.org | | |
| | | Nov 29 2021 20:50:00 | Quorum Fed Cr Un, 2 Manhattanville Rd, Purchase, NY 10577-2113 |
| 518313564 | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |
| | | Nov 29 2021 20:50:00 | New Jersey Division of Taxation, Compliance & Enforcement - Bankruptcy, 50 Barrack St., 9th Fl., PO Box 245, Trenton, NJ 08695 |
| 518424965 | + Email/PDF: ebn_ais@aisinfo.com | | |
| | | Nov 29 2021 20:59:44 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518313569 | + Email/Text: Bankruptcy@wsfsbank.com | | |
| | | Nov 29 2021 20:51:00 | Wilmington Savings Fund Society, 500 Delaware Avenue, Wilmington, DE 19801-1490 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518315874 | | Landlord |
| 518921082 | ## | KML Law Group, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 01, 2021    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | |
| | on behalf of Debtor Julio Lamberty bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | |
| | on behalf of Attorney Norgaard O'Boyle & Hannon bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | |
| | on behalf of Plaintiff Julio Lamberty bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 29, 2021 | Form ID: 185 | Total Noticed: 29 |

Denise E. Carlon
　　　　　　　　on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Kevin Gordon McDonald
　　　　　　　　on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Lauren Moyer
　　　　　　　　on behalf of Creditor Quorum Federal Credit Union nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Marie-Ann Greenberg
　　　　　　　　magecf@magtrustee.com

Mark E Norgaard
　　　　　　　　on behalf of Plaintiff Julio Lamberty mnorgaard@norgaardfirm.com
　　　　　　　　sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com;dtakach@norgaardfirm.com

Melissa S DiCerbo
　　　　　　　　on behalf of Creditor Quorum Federal Credit Union nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com

Steven P. Kelly
　　　　　　　　on behalf of Defendant Quorum Federal Credit Union skelly@sterneisenberg.com  bkecf@sterneisenberg.com

U.S. Trustee
　　　　　　　　USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11