Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  19–22340–RG
Chapter:  13
Judge:  Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Julio Lamberty
   3 Ulysses Street
   Parsippany, NJ 07054

Social Security No.:
   xxx–xx–2472

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

   I  Rebecca Hernandez , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Approval of Settlement of Adversary Proceeding to Avoid Transfers and to Recover Transferred Property.


Dated: March 10, 2022
JAN: rh

                                                          Jeanne Naughton
                                                          Clerk