UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtors
By:  Mark E. Norgaard, Esq. (MN - 7407)

**Order Filed on December 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Julio Lamberty

                Debtors.

Case No.:      19-22340

Chapter:          13

Judge:        RG

**REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Norgaard, O'Boyle & Hannon _____, the applicant, is allowed a fee of $ _____ 3,105.00 _____ for services rendered and expenses in the amount of $ 124.19 _____ for a total of $ _____ 3,229.19 _____ . The allowance is payable:

☒    through the Chapter 13 plan as an administrative priority.

☐    outside the plan.

The debtor's balloon payment in the final month of the plan will increase to $35,955.00 and is due on June 1, 2024, to allow for payment of the above fee and complete the debtor's plan.

*rev.8/1/15*

2