UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ 07631
Phone: (201) 871-1333
Counsel to Debtors
By: Mark E. Norgaard, Esq. (MN - 7407)

Order Filed on December 13, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Julio Lamberty

　　　　　　　　　　Debtors.

Case No.:    19-22340

Chapter:    13

Judge:    RG

# REVISED ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 13, 2022**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard, O'Boyle & Hannon_____, the applicant, is allowed a fee of $ _____3,105.00_____ for services rendered and expenses in the amount of $ 124.19 _____ for a total of $_____3,229.19_____ . The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's balloon payment in the final month of the plan will increase to $35,955.00 and is due on June 1, 2024, to allow for payment of the above fee and complete the debtor's plan.

*rev.8/1/15*

2

United States Bankruptcy Court

District of New Jersey

In re:  
Julio Lamberty  
    Debtor

Case No. 19-22340-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 2  
Date Rcvd: Dec 13, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Julio Lamberty, 3 Ulysses Street, Parsippany, NJ 07054-4830 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Gregory Hannon | on behalf of Plaintiff Julio Lamberty bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Debtor Julio Lamberty bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Brian Gregory Hannon | on behalf of Attorney Norgaard O'Boyle & Hannon bhannon@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Kevin Gordon McDonald | on behalf of Creditor Quicken Loans Inc. kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Marisa Myers Cohen | on behalf of Creditor Quorum Federal Credit Union nj-ecfmail@mwc-law.com  jhillier@mwc-law.com |
| Mark E Norgaard | on behalf of Plaintiff Julio Lamberty mnorgaard@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;184grandno@gmail.com;dtakach@norgaardfirm.com |
| Melissa S DiCerbo | on behalf of Creditor Quorum Federal Credit Union nj-ecfmail@mwc-law.com  nj-ecfmail@ecf.courtdrive.com |
| Steven P. Kelly | on behalf of Defendant Quorum Federal Credit Union skelly@sterneisenberg.com  bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 12